## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 25-2122, Michael Jackson v. Whitepages, Inc. |
| **Originating No. & Caption** | 1:24-cv-00080-MFU Jackson v. Whitepages, Inc. |
| **Originating Court/Agency** | USDC Northern District of West Virginia |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 40 days | |
| Date of entry of order or judgment appealed | August 19, 2025 | |
| Date notice of appeal or petition for review filed | September 17, 2025 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ○ Yes | ◉ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | 25-2121;25-2123;25-2125;25-2124 | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ◉ Yes | ○ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

This is an appeal of the dismissal of five consolidated class actions in which Plaintiff, a former law enforcement officer, alleged the Defendants violated West Virginia Daniel's Law, W. Va. Code § 5A-8-24 ("Daniel's Law") which prohibits the disclosure of home addresses or unpublished telephone numbers of any active, formerly active, or retired judicial officer, prosecutor, federal or state public defender, federal or state assistant public defender, or law-enforcement officer under circumstances in which a reasonable person would believe that providing such information would expose another to harassment or risk of harm to life or property.

In response to these allegations, Defendants moved to dismiss based on the argument that Daniel's Law facially violated the First Amendment of the US Constitution. After briefing and oral argument, the Court below found that Section E of West Virginia's Daniel's Law is a content-based restriction of speech subject to strict scrutiny and granted Defendant's motion to dismiss without leave to amend.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

-Whether Daniel's Law is subject to strict scrutiny.
-Whether Daniel's Law can survive strict or intermediate scrutiny.
-Whether Daniel's Law is unconstituionally vague.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: See addendum<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: Michael Jackson<br><br>Attorney: Jason E. Causey<br>Address:<br>206 S Walker Street<br>Princeton, WV 24740<br><br>E-mail: jcausey@kksblaw.com<br><br>Phone: 304-431-4050 | Name: Michael Jackson<br><br>Attorney: Philip L. Fraietta<br>Address:<br>50 Main Street, Suite 475<br>White Plains, NY 10606<br><br>E-mail: pfraietta@bursor.com<br><br>Phone: 914-874-0708 |

| **Appellant (continued)** | |
|---|---|
| Name: Michael Jackson<br><br>Attorney: Julian C. Diamond<br>Address:<br>1330 Avenue of the Americas<br>32nd Floor<br>10019<br>New York, NY 10019<br>E-mail: jdiamond@bursor.com<br><br>Phone: 646-837-7150 | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Signature:** ______________________________ **Date:** ____________________

**Counsel for:** ______________________________________________

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on 10/3/2025 by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☑ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| Julian C. Diamond; jdiamond@bursor.com;<br>Philip L. Fraieta: pfraietta@bursor.com<br>Jason E. Causey: jcausey@kksblaw.com | Michael Dunham: mdunham@shumanlaw.xcom<br>Caleb B. David: Calev.B.David@wvago.gov<br>Natalie C. Schaefer: nschaefer@ shumanlaw.com |
| Signature: | Date: |