FILED: October 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2121 (L)
(1:24-cv-00088-MFU)

_____

MICHAEL JACKSON, on behalf of himself and all others similarly situated

 Plaintiff - Appellant

v.

THOMSON REUTERS AMERICA CORPORATION

 Defendant - Appellee

_____

No. 25-2122
(1:24-cv-00080-MFU)

_____

MICHAEL JACKSON, on behalf of himself and all others similarly situated

 Plaintiff - Appellant

v.

WHITEPAGES, INC.

 Defendant – Appellee

_____

No. 25-2123
(1:24-cv-00096-MFU)

_____

MICHAEL JACKSON, on behalf of himself and all others similarly situated

  Plaintiff - Appellant

v.

THRYV, INC.

  Defendant - Appellee

_____

No. 25-2124
(1:24-cv-00102-MFU)

_____

MICHAEL JACKSON, on behalf of himself and all others similarly situated

  Plaintiff - Appellant

v.

PEOPLECONNECT, INC.; INTELIUS LLC; PUBREC, LLC; THE CONTROL GROUP MEDIA COMPANY, LLC; INSTANT CHECKMATE, LLC; TRUTHFINDER, LLC

  Defendants – Appellees

_____

No. 25-2125
(1:24-cv-00081-MFU)

_____

MICHAEL JACKSON, on behalf of himself and all others similarly situated

    Plaintiff - Appellant

v.

LEXISNEXIS RISK SOLUTIONS, INC.

    Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motions to consolidate, the court grants the motions and consolidates Case No. 25-2121 (lead case), 25-2122, 25-2123, 25-2124 and Case No. 25-2125.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk