UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2121 (L)
(1:24-cv-00088-MFU)
_____

MICHAEL JACKSON, on behalf of himself and all others similarly situated

Plaintiff - Appellant

v.

THOMSON REUTERS AMERICA CORPORATION

Defendant - Appellee

_____

O R D E R
_____

The court grants the motion to withdraw Luke T. Schmitt from further representation by on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk