FILED:  March 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2121 (L)
(1:24-cv-00088-MFU)

_____

MICHAEL JACKSON, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

THOMSON REUTERS AMERICA CORPORATION

      Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 04/07/2026.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk