FILED:  March 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2121 (L)
(1:24-cv-00088-MFU)

_____

MICHAEL JACKSON, on behalf of himself and all others similarly situated

Plaintiff - Appellant

v.

THOMSON REUTERS AMERICA CORPORATION

Defendant - Appellee

-------------------------------

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION;
SOFTWARE & INFORMATION INDUSTRY ASSOCIATION (SIIA);
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND
OTHER NEWS AND MEDIA ORGANIZATIONS

Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motions to file amicus

curiae briefs, the court grants the motions and accepts the amicus briefs filed by

Individual Rights and Expression, Software & Information Industry Association

(SIIA), and Reporters Committee for Freedom of the Press and Other News and Media Organizations.

The court accepts the briefs for filing.

Reporters Committee for Freedom of the Press and Other News and Media Organizations is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk