UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2121 (L)
(1:24-cv-00088-MFU)

_____

MICHAEL JACKSON, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

THOMSON REUTERS AMERICA CORPORATION

      Defendant - Appellee

------------------------------

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION; SOFTWARE
& INFORMATION INDUSTRY ASSOCIATION (SIIA); REPORTERS
COMMITTEE FOR FREEDOM OF THE PRESS AND OTHER NEWS AND
MEDIA ORGANIZATIONS

      Amici Supporting Appellee

_____

O R D E R

_____

The court grants the motion by Nikita Kansra to withdraw from further

representation on appeal (25-2124).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk